UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Hon. José R. Almonte, U.S.M.J. |
| JOSEPH DUPONT, : | |
|   a/k/a "Tips," : | |
| DARION HEMINGWAY, : | |
|   a/k/a "A-boog," : | Mag. No. 24-16111 |
| JUAN HEMINGWAY, : | |
|   a/k/a "Hortz," a/k/a "Glizzy," : | |
| ABDIN REED, : | |
|   a/k/a "Dean," : | **ORDER FOR CONTINUANCE** |
| DARIUS HEMINGWAY, : | |
|   a/k/a "Deebo," : | |
| ASWAD WILLIAMS, : | |
|   a/k/a "Ock," : | |
| DAQUAN FRANKLIN, : | |
|   a/k/a "Big Trigga," : | |
| DARIUS MCGEACHY, : | |
|   a/k/a "Black," : | |
| KHALIS DUTTON, : | |
|   a/k/a "Kha," : | |
| AZIZ ROURK, : | |
|   a/k/a "Ock," : | |
| DAVID BRYANT, : | |
|   a/k/a "Hood," : | |
| KAI ROBINSON, : | |
|   a/k/a "Kai Gzz," : | |
| TONY PAGE, : | |
|   a/k/a "Tony Cz," : | |
| CHAJUAN HEMINGWAY, : | |
|   a/k/a "Juan," : | |
| STEPHON MURPHY, : | |
|   a/k/a "Turk," : | |
| MUHAMMADO DIOKHANE, : | |
|   a/k/a "Mo," : | |
| LOGAN JAMISON, : | |
|   a/k/a "Lo," : | |
| DANIQUE SIMPSON, : | |

- 2 -

| | |
|---|---|
| a/k/a "Biz," | : |
| ALVIN BURROUGHS, | : |
| ROBERT FLETCHER, | : |
| a/k/a "Chevy," | : |
| JERMAIN YOUNG, | : |
| MESSIAH GREEN, | : |
| a/k/a "Half," | : |
| JASUAN POSEY, | : |
| a/k/a "Jah," and | : |
| LINDA GRAHAM | : |

1. This matter came before the Court on the joint application of Alina Habba, Acting United States Attorney for the District of New Jersey (Christopher Fell, Assistant U.S. Attorney, appearing), and the defendants listed below, represented by counsel who has signed below, for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through September 28, 2025.

2. This Court granted five prior § 3161(h)(7)(A) continuances previously in this case.

3. Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4. Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5. The defendants know that they have the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6. The defendants, through counsel, have consented to this continuance.

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

      a.    The charges in this case result from a lengthy investigation, and the pre-indictment discovery the United States is voluntarily providing the defendants involve many documents/ numerous audio and video recordings/etc. that defense counsel requires adequate time to review.

      b.    Despite the exercise of diligence, therefore, the circumstances of this case require giving defense counsel a reasonable amount of additional time for effective preparation.

      c.    Plea negotiations are currently in progress, and both the United States and the defendants desire additional time to negotiate a plea agreement, which would render grand jury proceedings and a trial in this matter unnecessary.

      d.    Thus, the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued from the date this Order is signed through September 28, 2025; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

7/28/2025

                     *Jose R. Almonte*
                     HON. JOSE R. ALMONTE
                     United States Magistrate Judge

Dated:

Form and entry consented to:

| | |
|---|---|
| _/s/ Christopher Fell_<br>Christopher Fell<br>Assistant U.S. Attorney | _/s/ Peter R. Willis_<br>Peter R. Willis<br>Counsel for Abdin Reed |
| _/s/ Stacy Biancamano_<br>Stacy Biancamano<br>Counsel for Chajuan Hemingway | _/s/ Joel Silberman_<br>Joel Silberman<br>Counsel for Alvin Burroughs |
| _/s/ Michael N. Pedicini_<br>Michael N. Pedicini<br>Counsel for Juan Hemingway | _/s/ Stephen Dratch_<br>Stephen Dratch<br>Counsel for David Bryant |
| _/s/ Patrick Joyce_<br>Patrick Joyce<br>Counsel for Robert Fletcher | _/s/ Michael Calabro_<br>Michael Calabro<br>Counsel for Aziz Rourk |
| _/s/ Michael Rubas_<br>Michael Rubas<br>Counsel for Linda Graham | _/s/ Lorraine Gauli-Rufo_<br>Lorraine Gauli-Rufo<br>Counsel for Aswad Williams |
| _/s/ William Strazza_<br>William Strazza<br>Counsel for Messiah Green | _/s/ David Glazer_<br>David Glazer<br>Counsel for Kai Robinson |
| _/s/ Wanda Akin_<br>Wanda Akin<br>Counsel for Darion Hemingway | _/s/ Maria Noto_<br>Maria Noto<br>Counsel for Stephon Murphy |
| _/s/John McMahon_<br>John McMahon<br>Counsel for Danique Simpson | _/s/ Jason Orlando_<br>Jason Orlando<br>Counsel for Jermain Young |
| _/s/ Anthony Iacullo_<br>Anthony Iacullo<br>Counsel for Logan Jamison | _/s/ Paul Condon_<br>Paul Condon<br>Counsel for Tony Page |
| _/s/ John Azzarello_<br>John Azzarello<br>Counsel for Darius McGeachy | _/s/ Bruce Rosen_<br>Bruce Rosen<br>Attorney for Joseph Dupont |

- 5 -

*/s/ Christopher L. Patella*      */s/ Dennis Carletta*
Christopher L. Patella          Dennis Carletta
Counsel for Khalis Dutton     Attorney for Darius Hemingway